UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTIN ZAMORA RINCON,

   Petitioner,

  v.

WARDEN,

   Respondent.

Case No.  1:26-cv-0677-DJC-JDP (P)

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has filed an application to proceed *in forma pauperis*, ECF No. 2.  Petitioner's application to proceed *in forma pauperis* makes the required showing and is granted.  *See* 28 U.S.C. § 1915(a).  The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days of this order, the

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

2.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

3.  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

5.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status report addressing any motions the parties anticipate filing and a proposed briefing schedule for such motions.

IT IS SO ORDERED.


Dated:     January 29, 2026                                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2