**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. (SBN: 326736)
1331 L Street
Bakersfield, California 93301
Telephone: (310) 903-9721
E-Mail: victor@vicnasserlaw.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

VALENTIN ZAMORA RINCON,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

Case No.: 1:26-cv-00677-DJC-JDP

**ORDER TERMINATING CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD**

**ORDER**

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby GRANTS attorney Victor Nasser's request for leave to withdraw as petitioner counsel in this matter. ECF No. 20. Should Petitioner seek further legal assistance, Petitioner is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Petitioner.

The Clerk of Court shall serve a copy of this order on Petitioner at the following address and to update the docket to reflect Petitioner's pro se status and contact information.

Golden State Annex
Valentin Zamora Rincon, A#075-118-131
611 Frontage Rd.
McFarland, California 93250

**IT IS SO ORDERED.**

Dated: August 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE